

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2025

No. 04-25-00628-CV

**IN RE** Modesto E. **GARZA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
               Adrian A. Spears, II, Justice
               H. Todd. McCray, Justice

On October 2, 2025, Relator Modesto E. Garza filed a petition for writ of mandamus. This court has determined Relator is not entitled to the relief sought. Therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 22, 2025.

_____
Adrian A. Spears, II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2025-CI-07072, styled *Keera Ficken v. Modesto E. Garza*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.